IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02811-AP

KATIE L. WAMSLEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Patrick C. H. Spencer, II
Spencer & Spencer, P.C.
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719.632.4808
719.632.4807 (fax)
patrickspencer2@comcast.net

For Defendant:

Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** December 2, 2009

    B. **Date Complaint was Served on U.S. Attorney's Office**: December 31, 2009

    C. **Date Answer and Administrative Record Were Filed:** March 2, 2010

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence at this time.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7. **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief**: May 14, 2010

    B. **Response Brief due:** June 21, 2010

    C. **Reply Brief due:** July 6, 2010

The parties jointly request a briefing schedule outside the dates of the recommended schedule due to conflicts with other workload and scheduled vacations.

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:** The Plaintiff does not request oral argument.

    B. **Defendant's Statement:** The Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED: March 19, 2010

                            BY THE COURT:

                            <u>*s/John L. Kane*</u>
                            U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED:<br><br>/s Patrick C.H. Spencer, II<br>Patrick C. H. Spencer, II<br>Spencer & Spencer, P.C.<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>719.632.4808<br>719.632.4807 (fax)<br>patrickspencer2@comcast.net<br><br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>/s Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |