**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02811-CMA

KATIE L. WAMSLEY,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

This matter is before the Court on the parties' Stipulated Motion for an Award of Attorney Fees Pursuant 28 U.S.C. § 2412(D), Equal Access to Justice Act (Doc. # 23). Having reviewed the motion, case file and Order and Judgment entered on January 31, 2011, and February 1, 2011, respectively, the Court hereby

ORDERS that the Stipulated Motion for Award of Attorney Fees (Doc. # 23) is GRANTED.  Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Plaintiff Katie L. Wamsley shall receive a total EAJA award of $6,500.00.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, Patrick C.H. Spencer.

    DATED:  May __03__, 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge